UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEAMSTERS LOCAL UNION NO. 79,

    Plaintiff,

v.                                              CASE NO: 8:05-cv-996-T-23MAP

PAT SALMON & SONS OF FLORIDA, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff's notice of voluntary dismissal without prejudice (Doc. 4) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy